UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>        Plaintiff,<br>vs.<br><br>NEW CASTLE ABG, LLC,<br>an Illinois Limited Liability Company,<br><br>and<br><br>ALDI (INDIANA) L.P.,<br>an Indiana Limited Partnership,<br><br>and<br><br>ALPAGOT FAMILY LIVING TRUST,<br><br>        Defendants. | CASE NO.: 1:19-cv-02363-RLY-DLP |

> APPROVED. Defendant Aldi is dismissed with prejudice.
> Dated: 7/24/19
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO DEFENDANT ALDI (INDIANA) L.P.**

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses Plaintiff's claims in this action with prejudice with regard to Defendant Aldi (Indiana) L.P. Plaintiff, with Defendant Aldi (Indiana) L.P.'s consent, also requests that the Court retain jurisdiction over this matter for the purposes of enforcement of their settlement agreement.

This Notice is not intended as a dismissal of the remaining Defendants, New Castle ABG, LLC and Alpagot Family Living Trust.

[Signatures on following page]