UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) ) CASE NO.: 1:19-cv-02363-RLY-DLP ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| vs. | |
| NEW CASTLE ABG, LLC, an Illinois Limited Liability Company, | |
| and | |
| ALPAGOT FAMILY LIVING TRUST, | |
| Defendants. | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Dennis Tooley and Defendant New Castle ABG, LLC, file this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues involving Defendant New Castle ABG, LLC in this case. The parties are currently in the process of obtaining signatures for their agreement and hope to file a joint stipulation for dismissal within ten (10) days. This Notice of Settlement is not intended to dispose of the remaining claims against Defendant, Alpagot Family Living Trust.

Respectfully submitted,                                                  Respectfully submitted,

*/s/ Louis I. Mussman*                                                  */s/ Craig W. Wiley*
Louis I. Mussman, Esq.                                                   Craig W. Wiley
Bar No. 597155                                                           Zachary A. Ahonen
Ku & Mussman, P.A.                                                       Jackson Lewis P.C.
18501 Pines Boulevard, Suite 209-A                                       211 North Pennsylvania Street, Suite 1700
Pembroke Pines, FL 33029                                                 Indianapolis, Indiana 46204

<div style="display: flex;">

<div>

Tel: (305) 891-1322
Fax: (305) 891-4512
Louis@KuMussman.com

and

Eric C. Bohnet, Esq.
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana  46237
Tel: (317) 750-8503
ebohnet@gmail.com

*Counsel for Plaintiff*
*Dennis Tooley*

</div>

<div>

Tel: (317) 489-6930
Fax: (317) 489-6931
craig.wiley@jacksonlewis.com
zachary.ahonen@jacksonlewis.com

*Attorneys for Defendant,*
*New Castle ABG, LLC*

</div>

</div>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of August, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Craig W. Wiley
Zachary A. Ahonen
Jackson Lewis P.C.
211 North Pennsylvania Street, Suite 1700
Indianapolis, Indiana 46204

Weston E. Overturf
Hamish S. Cohen
Mattingly Burke Cohen & Biederman LLP
155 East Market Street, Suite 400
Indianapolis, IN 46204

By: */s/ Louis I. Mussman*
     Louis I. Mussman