UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>                    Plaintiff,<br>vs.<br><br>NEW CASTLE ABG, LLC,<br>an Illinois Limited Liability Company,<br><br>and<br><br>ALPAGOT FAMILY LIVING TRUST,<br><br>                    Defendants. | CASE NO.: 1:19-cv-02363-RLY-DLP |

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT NEW CASTLE ABG, LLC

**THIS MATTER** came before the Court on Plaintiff's and Defendants' Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice as to Defendant New Castle ABG, LLC.   This action shall continue against remaining Defendant Alpagot Family Living Trust.

SO ORDERED this 29th day of August 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record