UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALPAGOT FAMILY LIVING TRUST,<br><br>　　　　　　Defendant. | CASE NO.: 1:19-cv-02363-RLY-DLP |

**JOINT MOTION TO VACATE SETTLEMENT CONFERENCE**

Plaintiff and Defendant, by and through their undersigned counsel, hereby request to vacate the settlement conference in the above-captioned matter which is presently scheduled for Wednesday, March 18, 2020 at 8:30 A.M., (EST) Indianapolis time.

The parties have made substantial progress in their settlement negotiations and believe that a resolution may be reached in the near future without the assistance of the Court. Moreover, on February 3, 2020, the parties were contacted via email by Magistrate Judge Pryor regarding whether they preferred to vacate the settlement conference. Both the Plaintiff and Defendant subsequently responded in the affirmative and also requested that the settlement conference be converted to a requirement to file a joint status letter. Consequently, the parties jointly request that the settlement conference set for March 18, 2020, be vacated and further that the parties shall submit a joint status letter to report on their progress by the same date.

<div style="display: flex;">

<div>

Respectfully Submitted,

*/s/ Louis I. Mussman*
Louis I. Mussman
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (305) 891-4512
Louis@KuMussman.com

and

Eric C. Bohnet
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana   46237
Tel: (317) 750-8503
ebohnet@gmail.com
*Attorneys for Plaintiff*

</div>

<div>

Respectfully Submitted,

*/s/ Weston E. Overturf*
Weston E. Overturf #27281-49
Hamish S. Cohen # 22931-53
Mattingly Burke Cohen & Biederman LLP
155 East Market Street, Suite 400
Indianapolis, IN 46204
(317) 614-7320
wes.overturf@mbcblaw.com
Hamish.Cohen@mbcblaw.com

*Attorneys for Defendant*

</div>

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Weston E. Overturf
> Hamish S. Cohen
> Mattingly Burke Cohen & Biederman LLP
> 155 East Market Street, Suite 400
> Indianapolis, IN 46204

/s/     *Louis I. Mussman*
         Louis I. Mussman